IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KENNITH McDOWELL, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:08cv003979 SWW |
| | * | |
| | * | |
| | * | |
| ELBERT PRICE, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

To the extent she even has standing, the motion [doc.#18] of counsel for plaintiffs to disqualify counsel for defendants is hereby denied for the reasons stated by defendants' counsel.

IT IS SO ORDERED this 8th day of January 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE