IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH McDOWELL, et al.                                              PLAINTIFFS

vs.            Civil Case No. 4:08CV003979 HLJ

ELBERT PRICE, et al.                                                  DEFENDANTS

### ORDER

Defendants are directed to reply to Plaintiffs' Motion Requesting that a Stay Issue to Keep the Plans in this Case Open Until Judgment is Rendered (DE #73) no later than September 30, 2009, at 12:00 noon.

SO ORDERED this 29th day of September, 2009.

_____
United States Magistrate Judge