
**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 19 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNITH McDOWELL, et al.                                    PLAINTIFFS

vs.              Civil Case No. 4:08CV003979 HLJ

ELBERT PRICE, et al.                                        DEFENDANTS

## ORDER

Plaintiffs' Motion Requesting Clarification of the Issues to Be Decided at the February 25, 2010 Hearing (DE #209) is hereby granted. The court will hear evidence on Defendants' Motion for a Protective Order (DE #126), Plaintiffs' Second Motion Requesting Permission to Propound More than Twenty-five Interrogatories (DE #99), Plaintiffs' Motion Requesting that Discovery Cover All Years, All Plans and All Employees from 1974 Forward (DE #128), Plaintiffs' Motion to Compel Discovery (DE #161), and Plaintiffs' Amended Order Compelling Disclosure, for Imposition of Sanctions and for an Expedit[]ed Ruling on Both Issues (DE #133).

SO ORDERED this  19th  day of  February , 2010.

_____
United States Magistrate Judge