IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KENNITH McDOWELL, ROBERT MAULDING, GREGORY J. STICKNEY, LUTHER STRIPLING, RUDY KYLE, FRED DOLLAR, JAMES JOSLIN, and JAMES MILNER, | * * * * * * | |
| Plaintiffs, | * * | |
| vs. | * * * * | No. 4:08cv003979 SWW |
| ELBERT PRICE, individually and as Trustee for Bud Price's Excavating Service, Inc. Profit-Sharing Plan and for Price's Utility Contractors, Inc. Retirement Plan; MARY RUTH PRICE, individually and as Trustee for Bud Price's Excavating Service, Inc. Profit-Sharing Plan and for Price's Utility Contractors, Inc. Retirement Plan; Bud Price's Excavating Service, Inc. Profit-Sharing Plan; and Price's Utility Contractors, Inc. Retirement Plan; Price's Utility Contractors, Inc. as plan administrator for Price's Utility Contractors, Inc. Retirement Plan and Bud Price's Excavating Service, Inc. as plan Administrator of Bud Price's Excavating Service, Inc. Profit-Sharing Plan, | * * * * * * * * * * * * * * * * * * * | |
| Defendants. | * | |

ORDER

Plaintiffs' appeal [doc.#268] of the Magistrate Judge's Order [doc.#257] denying plaintiffs' motion to exclude testimony by the Friday law firm has been considered by the Court and is hereby denied.[1]

---

[1] Plaintiffs note that the Magistrate Judge's Order also appears in docket entry #259. The Clerk's Office mistakenly filed the Magistrate Judge's Order in docket entry #259 and corrected its error by making clear that docket entry # 259 is actually the Magistrate Judge's Proposed Partial Findings and Recommendations dated March 8, 2010, recommending that plaintiffs'

IT IS SO ORDERED this 23rd day of March 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

motion [doc.#118] to set aside defendants' July 27, 2009 Amendment of the Bud Price's Excavating Service, Inc. Profit Sharing Plan be denied without prejudice.