IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNITH McDOWELL, et al.                                              PLAINTIFFS

vs.                    Civil Case No. 4:08CV003979 HLJ

ELBERT PRICE, et al.                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiffs' Motion to Set Aside Defendants' July 27, 2009 Amendment of the Bud Price's Excavating Service, Inc. Profit Sharing Plan (DE #118) be, and it is hereby, denied without prejudice.

IT IS SO ORDERED this 26th day of March, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE