IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KENNITH McDOWELL, ROBERT MAULDING, GREGORY J. STICKNEY, LUTHER STRIPLING, RUDY KYLE, FRED DOLLAR, JAMES JOSLIN, and JAMES MILNER, | * * * * * * | |
| Plaintiffs, | * * * | |
| vs. | * * * * * | No. 4:08cv003979 SWW |
| ELBERT PRICE, individually and as Trustee for Bud Price's Excavating Service, Inc. Profit-Sharing Plan and for Price's Utility Contractors, Inc. Retirement Plan; MARY RUTH PRICE, individually and as Trustee for Bud Price's Excavating Service, Inc. Profit-Sharing Plan and for Price's Utility Contractors, Inc. Retirement Plan; Bud Price's Excavating Service, Inc. Profit-Sharing Plan; and Price's Utility Contractors, Inc. Retirement Plan; Price's Utility Contractors, Inc. as plan administrator for Price's Utility Contractors, Inc. Retirement Plan and Bud Price's Excavating Service, Inc. as plan Administrator of Bud Price's Excavating Service, Inc. Profit-Sharing Plan, | * * * * * * * * * * * * * * * * * * | |
| Defendants. | * | |

## ORDER

Plaintiffs' appeal [doc.#293] of the Magistrate Judge's April 16, 2010 Order [doc.#287], which ruled on a number of pending motions [doc.#'s 99, 126, 128, 133, 161, 201, 220, and 248], is denied. Plaintiffs are not precluded, however, from asserting their arguments in any dispositive motion or response thereto, or in an objection to any recommended disposition from

the Magistrate Judge (should that recommended disposition be adverse to plaintiffs either in whole or in part).

IT IS SO ORDERED this 29th day of April 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE