IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNITH McDOWELL, ROBERT          *
MAULDING, LUTHER STRIPLING,        *
RUDY KYLE, FRED DOLLAR, JAMES      *
JOSLIN, JAMES MILNER, JOE ELLIS,   *
DAVID ELLIS, DANIEL STRIPLING, and *
JANET STRIPLING,                   *
                    Plaintiffs,     *
vs.                                 *     No. 4:08-cv-03979-SWW-HDY
                                    *
ELBERT PRICE, individually and as Trustee  *
for these plans: Bud Price's Excavating    *
Service Inc. Profit-Sharing Plan, Bud Price's  *
Excavating Service, Inc. Retirement Plan,   *
Price's Utility Contractors, Inc. Retirement  *
Plan and for six unnamed plans; MARY        *
RUTH PRICE, individually and as Trustee     *
for these plans: Bud Price's Excavating     *
Service, Inc. Profit-Sharing Plan, Bud Price's  *
Excavating Service, Inc. Retirement Plan,   *
Price's Utility Contractors, Inc. Retirement  *
Plan and for six unnamed plans (Plans A-F);  *
Bud Price's Excavating Service, Inc.        *
Profit-Sharing Plan; Price's Utility Contractors,  *
Inc. Retirement Plan; Bud Price's Excavating  *
Service, Inc. Retirement Plan; six unnamed  *
plans (Plans A-F); Price's Utility Contractors,  *
Inc. as plan administrator for Price's Utility  *
Contractor's Inc., Retirement Plan and up to  *
six unnamed plans; Bud Price's Excavating   *
Service, Inc. as plan administrator of Bud  *
Price's Excavating Service, Inc. Profit-    *
Sharing Plan, Bud Price's Excavating Service,  *
Inc. Retirement Plan, and up to six unnamed  *
plans (A-F),                               *
                    Defendants.             *

<u>JUDGMENT</u>

Pursuant to the Order entered in this matter on this date, judgment is hereby entered for

the plaintiffs.

IT IS SO ORDERED this 15th day of October 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE